IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| DEBAUCHE OSP COMMUNICATIONS, LLC | § | Case No. 24-32817 |
| | § | |
| Debtor. | § | |
| | § | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that R. Campbell Hillyer of Butler Snow LLP appears on behalf of Fedex Supply Chain Logistics & Electronics, Inc. as counsel in the above-captioned chapter 7 case (the "**Chapter 7 Case**") and pursuant to rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and sections 342 and 1109(b) (if applicable) of the United States Code requests that notices of all hearings and conferences and service of all papers in the Chapter 7 Case be served upon the undersigned attorney as follows:

Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN  38119
Attention:  R. Campbell Hillyer
Telephone: (901) 680-7326
Facsimile: (901) 680-7201
E-mail: cam.hillyer@butlersnow.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, other documents, and notices whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, or otherwise filed in the Chapter 7 Case.

88666045.v1

RESPECTFULLY SUBMITTED this 22nd day of July 2024.

By: */s/ R. Campbell Hillyer*
R. Campbell Hillyer
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN  38119
Telephone: (901) 680-7326
Facsimile: (901) 680-7201
E-mail: cam.hillyer@butlersnow.com

*Attorney Pro Hac Vice on 07/22/24 as Counsel for Fedex Supply Chain Logistics & Electronics, Inc.*

### CERTIFICATE OF SERVICE

I, R. Campbell Hillyer, certify that the foregoing *Notice of Appearance and Request for Service of Notices and Pleadings* was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically.

Dated:  July 22, 2024.

*/s/ R. Campbell Hillyer*
R. CAMPBELL HILLYER

88666045.v1